Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cesar Simon Carillo-Perez,<br><br>　　　　Defendant. | Case No. 2:21-cr-00074-APG-NJK<br><br>**First Stipulation to Continue Plea and Sentencing Hearing** |

The parties jointly request that this Court vacate the plea and sentencing scheduled for May 5, 2021, and continue it for at least 30 days. The parties will be jointly requesting a low-end sentence, which probation has calculated as six-months. Continuing the hearing will make it more likely that Carillo-Perez is permitted to complete his sentence at NSDC, where he wishes to stay, in part, because he has a job in the kitchen.

　　　DATED: April 19, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>Jared Grimmer<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cesar Simon Carillo-Perez,<br><br>　　　　Defendant. | Case No. 2:21-cr-00074-APG-NJK<br><br>**Order Granting First Stipulation to Continue Plea and Sentencing Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the plea and sentencing hearing for at least 30 days.

　　　IT IS THEREFORE ORDERED that the hearing set for May 5, 2021, at 2:00 p.m. is vacated and continued to June 9, 2021, at 3:00 p.m.

　　　DATED this 20th day of April 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2