# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00074-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 20) |
| CESAR SIMON CARRILLO-PEREZ, | |
| Defendant. | |

Pending before the Court is the United States' motion to unseal the instant case. Docket No. 20. The United States submits that, when this case was pending on a complaint, it was not sealed; however, when the information was filed, the case was sealed.[1] *Id*. at 1-2. The United States submits that sealing is not necessary. *Id*. at 2.

Accordingly, the United States' motion to unseal is **GRANTED**. Docket No. 20. The Court **INSTRUCTS** the Clerk's Office to unseal the instant case.

IT IS SO ORDERED.

DATED: May 4, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The United States improperly uses the term "Magistrate Court" when discussing the period of time that Defendant was charged on a complaint in this Court. Docket No. 20 at 2. In fact, there is "no such thing" as Magistrate Court "in our current federal system. Magistrate Judges are judges of the District Court." Hon. Lisa Margaret Smith, *Top 10 Things You Probably Never Knew About Magistrate Judges*, FED. LAW., May-June 2014, at 36, 38.